UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-12-2257 |
| § | |
| GENON ENERGY, INC., *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

The parties' joint request to stay the case (Dkts. 16, 17) is GRANTED.

It is therefore ORDERED that defendants' motions to dismiss for failure to state a claim (Dkts. 12–13) are DENIED WITHOUT PREJUDICE AS MOOT.

It is further ORDERED that this cause of action is STAYED and administratively (statistically) closed pending the later of: (1) the adjudication in *GenOn Energy, Inc. Shareholders Litigation*, Consolidated C.A. No. 7721-VCN (the "Delaware Action") of any motion to enjoin the shareholder vote and/or the merger, or (2) the final settlement of the Delaware Action.

It is so ORDERED.

Signed at Houston, Texas on October 25, 2012.

_____
Gray H. Miller
United States District Judge