UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BUSHANSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-2257 |
| | § | |
| GENON ENERGY, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The agreed motion to dismiss (Dkt. 20) is GRANTED. It is therefore ORDERED that this action is DISMISSED without prejudice and all costs and expenses, including attorneys' fees shall be borne by the party incurring same.

Signed at Houston, Texas on August 30, 2013.

_____
Gray H. Miller
United States District Judge